UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
'08 MAY 27 AM 9:53

'08 MJ 1629

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Nereida PEREZ<br><br>    Defendant. | Magistrate Case No.<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section<br>1324(a)(2)(B)(iii)-<br>Bringing in Illegal Alien(s)<br>Without Presentation |

The undersigned complainant being duly sworn states:

On or about **May 24, 2008**, within the Southern District of California, defendant **Nereida PEREZ**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Suleima TEJEDA-Sanchez**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

                                                SIGNATURE OF COMPLAINANT
                                                Sara Esparagoza, United States Customs
                                                and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 27th DAY OF
**May, 2008.**

                                                UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Heather Ramos, declare under penalty of perjury the following to be true and correct:

The complainant states that **Suleima TEJEDA-Sanchez**, is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On May 24, 2008, at approximately 2150, **Nereida PEREZ (Defendant)**, applied for admission into the United States at the San Ysidro, California Port of Entry as the driver and sole visible occupant of a 1997 Chevrolet Cavalier. A Customs and Border Protection (CBP) Officer apprehended the Defendant, received a negative declaration from the driver and upon inspection of the vehicle noticed the passenger seat was pushed forward with a black jacket covering the floor area. The CBP Officer moved the jacket and interior carpet on the floor area and felt what appeared to be a person. CBP Officers escorted the vehicle and the Defendant to secondary for further inspection.

In secondary, CBP Officers discovered one (1) female adult concealed in a non-factory dash compartment of the vehicle. The individual was determined to be a citizen of Mexico without entitlements to enter, reside, or work in the United States. The individual is now identified as: **Suleima TEJEDA-Sanchez (Material Witness)**.

During a videotaped proceeding, Defendant was advised of her Miranda rights and elected to submit to questioning without benefit to counsel. Defendant admitted she had complete knowledge of the concealed individual in the vehicle. Defendant admitted she was driving the vehicle in exchange for money in the amount of $1,000.00 USD. Defendant stated she was instructed to drive the vehicle to the United States, deliver the vehicle to a Burger King restaurant where an unknown smuggler would find her and take possession of the vehicle. Defendant admitted she had spoken to the Material Witness during the smuggling event and was aware of where she was located in the vehicle. The Defendant was also aware that the Material Witness is currently pregnant. The Material Witness was unable to extricate herself from the compartment area and was assisted by CBP Officers who helped guide her out of the vehicle.

On a separate videotaped interview, Material Witness admitted she is a citizen of Mexico without legal rights to enter, reside or work in the United States. Material Witness stated she was going to pay $2,000.00 USD to be smuggled into the United States. Material Witness stated she was en route Los Angeles, California to reside and seek employment.

EXECUTED ON THIS 25th DAY OF **May 2008** AT **1000 HOURS**.

_____
Heather Ramos / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of 1 page, I find probable cause to believe that the defendant named therein committed the offense on **May 24, 2008** in violation of Title 8, United States Code, Section 1324.

_____         5/25/08 @ 10:17 am
MAGISTRATE JUDGE                          DATE / TIME